IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MIRIAM CLARE SHULTZ, D.C.　　)
　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　) CASE NO. 2:09-CV-646-WKW
　　　　　　　　　　　　　　　　)
R. BRYAN WELLS, *et al.*,　　　　)

**<u>ORDER</u>**

On March 3, 2010, the Magistrate Judge filed a Recommendation in this case. (Doc. # 38.) Plaintiff Miriam Clare Shultz filed objections to the Recommendation on March 19, 2010. (Doc. # 40). Upon an independent and *de novo* review of those portions of the Recommendation to which objections were made, 28 U.S.C. § 636(b)(1), it is ORDERED as follows:

1. Ms. Shultz's objections (Doc. # 40) are OVERRULED;

2. the Recommendation (Doc. # 38) is ADOPTED;

3. Defendants' motion to dismiss or, in the alternative, for summary judgment (Doc. # 10), is GRANTED as set forth in the Recommendation;

4. costs are TAXED against the plaintiff; and

5. this case is DISMISSED with prejudice.

DONE this 22nd day of March, 2010.

　　　　　　　　　　　　　　　　　/s/ W. Keith Watkins
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE